PER CURIAM.
Affirmed. See Besett v. Basnett, 389 So.2d 995 (Fla.1980); Dade County School Bd. v. Radio Station WQBA 699 So.2d 701 (Fla. 3d DCA 1997); S & S Toyota, Inc. v. Kirby, 649 So.2d 916 (Fla. 5th DCA 1995); Fort Lauderdale Lincoln Mercury, Inc. v. Fallaro, 616 So.2d 594 (Fla. 4th DCA 1993); Kala Invs., Inc. v. Sklar, 538 So.2d 909 (Fla. 3d DCA 1989); Laufer v. Norma Fashions, Inc., 418 So.2d 437 (Fla. 3d DCA 1982); Steinberg v. Bay Terrace Apartment Hotel, Inc., 363 So.2d 58 (Fla. 3d DCA 1978); Tusa v. Omaha Auto. Auction, Inc., 712 F.2d 1248 (8th Cir.1983).